UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTINE RUSSELL, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDLINE INDUSTRIES, INC., an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-00459-TLN-JDP<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

1

**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDCIE**

Having read and considered Plaintiff Castine Russell's Request for Dismissal, and good cause appearing, IT IS HEREBY ORDERED that the above-entitled action be dismissed in its entirety without prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: May 11, 2021

_____
Troy L. Nunley
United States District Judge